Terry T. Tsai (SBN 277495)
ttsai@steptoe.com
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA  90067-5052
Telephone:  (310) 734-3200
Facsimile:  (310) 734-3300

Thomas G. Pasternak (*admitted pro hac vice*)
tpasternak@steptoe.com
STEPTOE & JOHNSON LLP
115 South La Salle Street, Suite 3100
Chicago, IL  60603
Telephone:  (312) 577-1300
Facsimile:  (312) 577-1370

John Caracappa (*admitted pro hac vice*)
jcaracappa@steptoe.com
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
Telephone:  (202) 429-3000
Facsimile:  (202) 429-3902

Attorneys for Plaintiff, American Radio LLC

[*Counsel for defendants listed below*]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AMERICAN RADIO LLC,<br><br>            Plaintiff,<br><br>     vs.<br><br>QUALCOMM INCORPORATED,<br><br>            Defendant. | Case No. CV12-05908 MRP (Ex)<br>Case No. CV12-05909 MRP (Ex)<br>Case No. CV12-05910 MRP (Ex)<br>Case No. CV12-01123 MRP (Ex)<br><br>**JOINT STIPULATION FOR STAY OF PENDING DEADLINES** |

| | |
|---|---|
| 1 | AMERICAN RADIO LLC, |
| 2 | |
| | Plaintiff, |
| 3 | |
| 4 | vs. |
| 5 | CISCO SYSTEMS INC., |
| 6 | |
| | Defendant. |
| 7 | |
| 8 | AMERICAN RADIO LLC, |
| 9 | |
| | Plaintiff, |
| 10 | |
| 11 | vs. |
| 12 | INTEL CORPORATION, |
| 13 | |
| | Defendant. |
| 14 | |
| 15 | |
| 16 | AMERICAN RADIO LLC, |
| 17 | Plaintiff, |
| 18 | |
| | vs. |
| 19 | |
| 20 | BROADCOM CORPORATION, |
| 21 | Defendant. |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

-1-    CV 12-5908-MRP (Ex), CV 12-5909-MRP (Ex),
CV 12-5910-MRP (Ex), CV 12-1123-MRP (Ex)
JOINT STIPULATION FOR STAY OF PENDING DEADLINES

WHEREAS:

On May 8, 2013, Plaintiff American Radio LLC ("American Radio") filed its Third Amended Complaints;

On May 22, 2013, Defendants Qualcomm Incorporated ("Qualcomm"), Cisco Systems, Inc. ("Cisco"), and Intel Corporation ("Intel"), filed their Answers, Defenses, and Counterclaims, and Broadcom Corporation ("Broadcom") filed its Answer and Defenses, to the respective Third Amended Complaints;

On May 23, 2013, the Court issued its claim construction order;

On May 28, 2013, the Court granted the Joint Stipulation for Defendants to stay the deadline to serve invalidity contentions and provide related documentation; and

The parties are currently evaluating the Court's Order and how it will impact future proceedings in this case, including liability issues related to infringement and invalidity.

To allow the parties to complete this process in an orderly fashion and not waste the Court's or their resources, Plaintiff American Radio and Defendants Qualcomm, Cisco, Intel, and Broadcom hereby jointly agree and stipulate, subject to the Court's approval, that Plaintiff's current deadline to respond to Defendants' Answers, Defenses, and Counterclaims on or before June 17, 2013, should be stayed until the later of: (a) 14 days after the parties complete a meet and confer process regarding the appropriate next steps in the case; or (b) July 1, 2013.

| | | |
|---|---|---|
| 1 | Dated:  June 14, 2013 | STEPTOE & JOHNSON LLP |
| 2 | | By: _____/s/ Terry T. Tsai_____ |
| 3 | | Terry T. Tsai (SBN 277495) |

Dated:  June 14, 2013

STEPTOE & JOHNSON LLP

By: _____/s/ Terry T. Tsai_____

Terry T. Tsai (SBN 277495)
ttsai@steptoe.com
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA  90067-5052
Telephone:  (310) 734-3200
Facsimile: (310) 734-3300

Thomas G. Pasternak (*admitted pro hac vice*)
tpasternak@steptoe.com
STEPTOE & JOHNSON LLP
115 South La Salle Street, Suite 3100
Chicago, IL  60603
Telephone:  (312) 577-1300
Facsimile:  (312) 577-1370

John Caracappa (*admitted pro hac vice*)
jcaracappa@steptoe.com
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
Telephone:  (202) 429-3000
Facsimile:  (202) 429-3902

Attorneys for American Radio LLC

-3- CV 12-5908-MRP (Ex), CV 12-5909-MRP (Ex), CV 12-5910-MRP (Ex), CV 12-1123-MRP (Ex)
JOINT STIPULATION FOR STAY OF PENDING DEADLINES

DATED:  June 14, 2013    WILMER CUTLER PICKERING
    HALE AND DORR LLP


By  /s/ David C. Marcus
David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
Andrea W. Jeffries  (SBN 183408)
andrea.jeffries@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile:  (213) 443-5400

Attorneys for Intel Corporation

-4- CV 12-5908-MRP (Ex), CV 12-5909-MRP (Ex),
CV 12-5910-MRP (Ex), CV 12-1123-MRP (Ex)
JOINT STIPULATION FOR STAY OF PENDING DEADLINES

| | | |
|---|---|---|
| 1 | DATED:  June 14, 2013 | DUANE MORRIS LLP |
| 2 | | |
| 3 | | |
| 4 | | By    /s/ L. Norwood Jameson    |
| 5 | | L. Norwood Jameson (admitted *pro hac vice*) |
| 6 | | wjameson@duanemorris.com |
| 7 | | Matthew S. Yungwirth (admitted *pro hac vice*) |
| 8 | | msyungwirth@duanemorris.com |
| 9 | | John R. Gibson (admitted *pro hac vice*)<br>jrgibson@duanemorris.com |
| 10 | | Duane Morris LLP |
| 11 | | 1075 Peachtree Street NE, Suite 2000<br>Atlanta, GA 30309 |
| 12 | | Telephone: (404) 253-6900 |
| 13 | | Facsimile:  (404) 253-6901 |
| 14 | | J. Robert Renner (Bar No. 148587) |
| 15 | | rrenner@duanemorris.com<br>Duane Morris LLP |
| 16 | | Suite 3100 |
| 17 | | 865 South Figueroa Street<br>Los Angeles, CA 90017-5450 |
| 18 | | Telephone: (213) 689-7400 |
| 19 | | Facsimile:  (213) 689-7401 |
| 20 | | |
| 21 | | Attorneys for Cisco Systems, Inc. |

-5-   CV 12-5908-MRP (Ex), CV 12-5909-MRP (Ex),
CV 12-5910-MRP (Ex), CV 12-1123-MRP (Ex)
JOINT STIPULATION FOR STAY OF PENDING DEADLINES

DATED: June 14, 2013      O'MELVENY & MYERS LLP

By   /s/ Darin Snyder
Darin Snyder (SBN 136003)
O'MELVENY & MYERS LLP
Darin Snyder (SBN 136003)
dsnyder@omm.com
Melody Drummond Hansen (SBN 278786)
mdrummondhansen@omm.com
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Broadcom Corporation

-6-    CV 12-5908-MRP (Ex), CV 12-5909-MRP (Ex),
CV 12-5910-MRP (Ex), CV 12-1123-MRP (Ex)
JOINT STIPULATION FOR STAY OF PENDING DEADLINES

DATED: June 14, 2013

QUINN EMANUEL URQHART & SULLIVAN, LLP

By /s/ Jennifer A. Kash
Jennifer A. Kash (Bar No. 203679)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Jennifer A. Kash (Bar No. 203679)
   jenniferkash@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

QUINN EMANUEL URQUHART & SULLIVAN, LLP
   David A. Nelson (admitted *pro hac vice*)
   davenelson@quinnemanuel.com
500 West Madison Street, Suite 2450
Chicago, Illinois 60661-2510
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

QUINN EMANUEL URQUHART & SULLIVAN, LLP
   William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
   Justin C. Griffin (Bar No. 234675)
   justingriffin@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Qualcomm Incorporated

-7-   CV 12-5908-MRP (Ex), CV 12-5909-MRP (Ex),
CV 12-5910-MRP (Ex), CV 12-1123-MRP (Ex)
JOINT STIPULATION FOR STAY OF PENDING DEADLINES