Terry T. Tsai (SBN 277495)
ttsai@steptoe.com
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA  90067-5052
Telephone:  (310) 734-3200
Facsimile:  (310) 734-3300

Thomas G. Pasternak (*admitted pro hac vice*)
tpasternak@steptoe.com
STEPTOE & JOHNSON LLP
115 South La Salle Street, Suite 3100
Chicago, IL  60603
Telephone:  (312) 577-1300
Facsimile:  (312) 577-1370

John Caracappa (*admitted pro hac vice*)
jcaracappa@steptoe.com
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
Telephone:  (202) 429-3000
Facsimile:  (202) 429-3902

Attorneys for Plaintiff, American Radio LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AMERICAN RADIO LLC,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>QUALCOMM INCORPORATED,<br><br>　　　　　Defendant. | Case No. CV12-05908 MRP (Ex)<br>Case No. CV12-05909 MRP (Ex)<br>Case No. CV12-05910 MRP (Ex)<br>Case No. CV12-01123 MRP (Ex)<br><br>**[PROPOSED] ORDER REGARDING JOINT STIPULATION FOR STAY OF PENDING DEADLINES** |

| | |
|---|---|
| 1 | AMERICAN RADIO LLC, |
| 2 | |
| | Plaintiff, |
| 3 | |
| 4 | vs. |
| 5 | CISCO SYSTEMS INC., |
| 6 | |
| | Defendant. |
| 7 | |
| 8 | AMERICAN RADIO LLC, |
| 9 | |
| | Plaintiff, |
| 10 | |
| 11 | vs. |
| 12 | INTEL CORPORATION, |
| 13 | |
| | Defendant. |
| 14 | |
| 15 | |
| 16 | AMERICAN RADIO LLC, |
| 17 | Plaintiff, |
| 18 | vs. |
| 19 | |
| 20 | BROADCOM CORPORATION, |
| 21 | Defendant. |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

-1-
[PROPOSED] ORDER REGARDING JOINT STIPULATION FOR STAY OF PENDING DEADLINES

|  |  |
|---|---|
| 1 | **[PROPOSED] ORDER** |

Having reviewed the stipulation dated June 14, 2013, submitted by Plaintiff American Radio LLC and Defendants Qualcomm Incorporated, Cisco Systems, Inc., Intel Corporation, and Broadcom Corporation, and good cause being shown:

IT IS HEREBY ORDERED that:

Plaintiff's current deadline to respond to Answers, Defenses, and Counterclaims on or before June 17, 2013, shall be stayed until the later of: (a) 14 days after the parties complete a meet and confer process regarding the appropriate next steps in the case; or (b) July 1, 2013.

DATED:  June _____, 2013

_____
The Honorable Mariana R. Pfaelzer
United States District Judge