Douglas R. Peterson (SBN 215949)
dpeterson@steptoe.com
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA  90067-5052
Telephone:  (310) 734-3200
Facsimile:  (310) 734-3300

Thomas G. Pasternak (*admitted pro hac vice*)
tpasternak@steptoe.com
STEPTOE & JOHNSON LLP
115 South La Salle Street, Suite 3100
Chicago, IL  60603
Telephone:  (312) 577-1300
Facsimile:  (312) 577-1370

John Caracappa (*admitted pro hac vice*)
jcaracappa@steptoe.com
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
Telephone:  (202) 429-3000
Facsimile:  (202) 429-3902

Attorneys for Plaintiff, American Radio LLC

[*Counsel for defendants listed below*]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AMERICAN RADIO LLC,<br><br>         Plaintiff,<br><br>vs.<br><br>QUALCOMM INCORPORATED,<br><br>         Defendant. | Case No. CV12-05908 MRP (Ex)<br>Case No. CV12-05909 MRP (Ex)<br>Case No. CV12-05910 MRP (Ex)<br>Case No. CV12-01123 MRP (Ex)<br><br>**JOINT STIPULATION FOR ENTRY OF FINAL JUDGMENT AND ORDER**<br><br>[Proposed Order filed concurrently herewith] |

| | |
|---|---|
| AMERICAN RADIO LLC, | |
| Plaintiff, | |
| vs. | |
| CISCO SYSTEMS INC., | |
| Defendant. | |
| AMERICAN RADIO LLC, | |
| Plaintiff, | |
| vs. | |
| INTEL CORPORATION, | |
| Defendant. | |
| AMERICAN RADIO LLC, | |
| Plaintiff, | |
| vs. | |
| BROADCOM CORPORATION, | |
| Defendant. | |

**WHEREAS:**

1. On May 8, 2013, Plaintiff American Radio LLC ("American Radio") filed its third amended complaint against Qualcomm Incorporated ("Qualcomm") asserting that Qualcomm has infringed one or more claims of U.S. Patent Nos.: 8,045,942 (the "'942 Patent"); 7,831,233 (the "'233 Patent"); 8,170,519 (the "'519 Patent"); 5,864,754 (the "'754 Patent"); and 8,280,334 (the "'334 Patent).

2. On May 8, 2013, American Radio filed its third amended complaint against Cisco Systems, Inc. ("Cisco") asserting that Cisco has infringed one or more claims of the '942 Patent, '233 Patent, and '519 Patent.

3. On May 8, 2013, American Radio filed its third amended complaint against Intel Corporation ("Intel") asserting that Intel has infringed one or more claims of the '942 Patent, '233 Patent, '519 Patent, and '754 Patent.

4. On May 8, 2013, American Radio filed its third amended complaint against Broadcom Corporation ("Broadcom") asserting that Broadcom has infringed one or more claims of the '942 Patent, '233 Patent, and '519 Patent.

5. On May 22, 2013, Qualcomm, Cisco, and Intel filed their answers, defenses, and counterclaims to their respective third amended complaint.

6. On May 22, 2013, Broadcom filed its answers and defenses to its respective third amended complaint.

7. On May 23, 2013, the Court issued a claim construction order governing all of the above cases.

8. In light of the claim construction order, and without having taken any discovery, American Radio stipulates that the accused products of Qualcomm, Cisco, Intel, and Broadcom ("Defendants") have not infringed and do not infringe the asserted claims for the following independent reasons:

   a. The Court's construction of "analog rf signal," "rf signal," "analog sinusoidal signal," and "electromagnetic signal";

    b.  The Court's construction of "digitized rf signal," "digitized signal representing the rf signal," "digitized signal in response," "digitized signal representative of the amplified signal," and "digitized signal";

    c.  The Court's construction of "IF"; or

    d.  The Court's construction of "reconstruction," "reconstructed," "reconstructing," and "generating [a/the] reconstructed waveform," including but not limited to construing those terms to exclude forward error correction.

**THEREFORE, IT IS HEREBY STIPULATED AS FOLLOWS:**

  1.  American Radio and Qualcomm stipulate to entry of a final judgment that the accused Qualcomm products have not infringed and currently do not infringe the asserted claims of the '942 Patent, '233 Patent, '519 Patent, '754 Patent, and '334 Patent based on any one of the following independent reasons: (a) the Court's construction of "analog rf signal," "rf signal," "analog sinusoidal signal," and "electromagnetic signal," (b) the Court's construction of "digitized rf signal," "digitized signal representing the rf signal," "digitized signal in response," "digitized signal representative of the amplified signal," and "digitized signal," (c) the Court's construction of "IF," or (d) the Court's construction of "reconstruction," "reconstructed," "reconstructing," and "generating [a/the] reconstructed waveform," including but not limited to construing those terms to exclude forward error correction.

  2.  American Radio and Cisco stipulate to entry of a final judgment that the accused Cisco products have not infringed and currently do not infringe the asserted claims of the '942 Patent, '233 Patent, and '519 Patent based on any one of the following independent reasons: (a) the Court's construction of "analog rf signal," "rf signal," "analog sinusoidal signal," and "electromagnetic signal," (b) the Court's construction of "digitized rf signal," "digitized signal representing the rf signal," "digitized signal in response," "digitized signal representative of the

amplified signal," and "digitized signal," (c) the Court's construction of "IF," or (d) the Court's construction of "reconstruction," "reconstructed," "reconstructing," and "generating [a/the] reconstructed waveform," including but not limited to construing those terms to exclude forward error correction.

3. American Radio and Intel stipulate to entry of a final judgment that the accused Intel products have not infringed and currently do not infringe the asserted claims of the '942 Patent, '233 Patent, '519 Patent, and '754 Patent based on any one of the following independent reasons: (a) the Court's construction of "analog rf signal," "rf signal," "analog sinusoidal signal," and "electromagnetic signal," (b) the Court's construction of "digitized rf signal," "digitized signal representing the rf signal," "digitized signal in response," "digitized signal representative of the amplified signal," and "digitized signal," (c) the Court's construction of "IF," or (d) the Court's construction of "reconstruction," "reconstructed," "reconstructing," and "generating [a/the] reconstructed waveform," including but not limited to construing those terms to exclude forward error correction.

4. American Radio and Broadcom stipulate to entry of a final judgment that the accused Broadcom products have not infringed and currently do not infringe the asserted claims of the '942 Patent, '233 Patent, and '519 Patent based on any one of the following independent reasons: (a) the Court's construction of "analog rf signal," "rf signal," "analog sinusoidal signal," and "electromagnetic signal," (b) the Court's construction of "digitized rf signal," "digitized signal representing the rf signal," "digitized signal in response," "digitized signal representative of the amplified signal," and "digitized signal," (c) the Court's construction of "IF," or (d) the Court's construction of "reconstruction," "reconstructed," "reconstructing," and "generating [a/the] reconstructed waveform," including but not limited to construing those terms to exclude forward error correction.

5. American Radio, Qualcomm, Cisco, and Intel stipulate to the dismissal of all counterclaims filed against American Radio in each respective action without prejudice due to the counterclaims being moot in view of the stipulations of non-infringement.

6. Qualcomm, Cisco, and Intel reserve all rights in their counterclaims and defenses.

7. Broadcom reserves all rights in its defenses.

8. American Radio reserves all rights in its defenses to the counterclaims and defenses brought by Qualcomm, Cisco, and Intel.

9. Plaintiff agrees to bear its own fees and costs, including attorneys' fees.

10. Defendants agree to bear their own fees and costs, including attorneys' fees.

11. American Radio, Qualcomm, Cisco, Intel, and Broadcom reserve all appellate rights arising from each of their respective actions including, but not limited to, the right to appeal the claim construction order to the United States Court of Appeals for the Federal Circuit.

| | | |
|---|---|---|
| 1 | Dated: August 27, 2013 | STEPTOE & JOHNSON LLP |
| 2 | | By: /s/ Douglas R. Peterson/ |
| 3 | | Douglas R. Peterson (SBN 215949) |
| | | dpeterson@steptoe.com |
| | | STEPTOE & JOHNSON LLP |
| | | 2121 Avenue of the Stars, Suite 2800 |
| | | Los Angeles, CA  90067-5052 |
| | | Telephone:  (310) 734-3200 |
| | | Facsimile:  (310) 734-3300 |
| | | |
| | | Thomas G. Pasternak (*admitted pro hac vice*) |
| | | tpasternak@steptoe.com |
| | | STEPTOE & JOHNSON LLP |
| | | 115 South La Salle Street, Suite 3100 |
| | | Chicago, IL  60603 |
| | | Telephone:  (312) 577-1300 |
| | | Facsimile:  (312) 577-1370 |
| | | |
| | | John Caracappa (*admitted pro hac vice*) |
| | | jcaracappa@steptoe.com |
| | | STEPTOE & JOHNSON LLP |
| | | 1330 Connecticut Avenue, NW |
| | | Washington, DC  20036 |
| | | Telephone:  (202) 429-3000 |
| | | Facsimile:  (202) 429-3902 |
| | | |
| | | Attorneys for American Radio LLC |

DATED:  August 27, 2013              WILMER CUTLER PICKERING
                                                   HALE AND DORR LLP


                                          By: /s/  David C. Marcus
                                              David C. Marcus (SBN 158704)
                                              david.marcus@wilmerhale.com
                                              Andrea W. Jeffries  (SBN 183408)
                                              andrea.jeffries@wilmerhale.com
                                              WILMER CUTLER PICKERING
                                                 HALE AND DORR LLP
                                              350 South Grand Avenue, Suite 2100
                                              Los Angeles, CA 90071
                                              Telephone: (213) 443-5300
                                              Facsimile:  (213) 443-5400

                                              Attorneys for Intel Corporation

| | |
|---|---|
| DATED:  August 27, 2013 | DUANE MORRIS LLP |
| | |
| | By: /s/ L. Norwood Jameson |
| | L. Norwood Jameson (admitted *pro hac vice*) |
| | wjameson@duanemorris.com |
| | Matthew S. Yungwirth (admitted *pro hac vice*) |
| | msyungwirth@duanemorris.com |
| | John R. Gibson (admitted *pro hac vice*) |
| | jrgibson@duanemorris.com |
| | Duane Morris LLP |
| | 1075 Peachtree Street NE, Suite 2000 |
| | Atlanta, GA 30309 |
| | Telephone: (404) 253-6900 |
| | Facsimile:  (404) 253-6901 |
| | |
| | J. Robert Renner (Bar No. 148587) |
| | rrenner@duanemorris.com |
| | Duane Morris LLP |
| | Suite 3100 |
| | 865 South Figueroa Street |
| | Los Angeles, CA 90017-5450 |
| | Telephone: (213) 689-7400 |
| | Facsimile:  (213) 689-7401 |
| | |
| | Attorneys for Cisco Systems, Inc. |

DATED:  August 27, 2013

O'MELVENY & MYERS LLP

By: /s/ Darin Snyder
Darin Snyder (SBN 136003)
dsnyder@omm.com
Melody Drummond Hansen (SBN 278786)
mdrummondhansen@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823
Telephone:  (415) 984-8700
Facsimile:   (415) 984-8701

Attorneys for Broadcom Corporation

| | | |
|---|---|---|
| DATED:  August 27, 2013 | | QUINN EMANUEL URQHART & SULLIVAN, LLP |

By:  /s/ William C. Prince
William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Justin C. Griffin (Bar No. 234675)
justingriffin@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Jennifer A. Kash (Bar No. 203679)
  jenniferkash@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:  (415) 875-6600
Facsimile:   (415) 875-6700

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  David A. Nelson (admitted *pro hac vice)*
  davenelson@quinnemanuel.com
500 West Madison Street, Suite 2450
Chicago, Illinois  60661-2510
Telephone:  (312) 705-7400
Facsimile:   (312) 705-7401

Attorneys for Qualcomm Incorporated