Douglas R. Peterson (SBN 215949)
dpeterson@steptoe.com
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067-5052
Telephone: (310) 734-3200
Facsimile: (310) 734-3300

Thomas G. Pasternak (*admitted pro hac vice*)
tpasternak@steptoe.com
STEPTOE & JOHNSON LLP
115 South La Salle Street, Suite 3100
Chicago, IL 60603
Telephone: (312) 577-1300
Facsimile: (312) 577-1370

John Caracappa (*admitted pro hac vice*)
jcaracappa@steptoe.com
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902

Attorneys for Plaintiff, American Radio LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AMERICAN RADIO LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>QUALCOMM INCORPORATED,<br><br>　　　　Defendant. | Case No. CV12-05908 MRP (Ex)<br>Case No. CV12-05909 MRP (Ex)<br>Case No. CV12-05910 MRP (Ex)<br>Case No. CV12-01123 MRP (Ex)<br><br>**[PROPOSED] ORDER** |

| | |
|---|---|
| AMERICAN RADIO LLC, | |
| Plaintiff, | |
| vs. | |
| CISCO SYSTEMS INC., | |
| Defendant. | |
| AMERICAN RADIO LLC, | |
| Plaintiff, | |
| vs. | |
| INTEL CORPORATION, | |
| Defendant. | |
| AMERICAN RADIO LLC, | |
| Plaintiff, | |
| vs. | |
| BROADCOM CORPORATION, | |
| Defendant. | |

-1-  CV 12-5908-MRP (Ex), CV 12-5909-MRP (Ex),
CV 12-5910-MRP (Ex), CV 12-1123-MRP (Ex)
[PROPOSED] FINAL JUDGMENT AND ORDER

### [PROPOSED] FINAL JUDGMENT OF NON-INFRINGEMENT

Pursuant to and for the reasons set forth in the parties' Joint Stipulation For Entry Of Final Judgment And Order,

IT IS ORDERED AND ADJUDGED:

That this Final Judgment of Non-Infringement of U.S. Patent Nos. 8,045,942 (the "'942 Patent"), 7,831,233 (the "'233 Patent"), 8,170,519 (the "'519 Patent"), 5,864,754 (the "'754 Patent"), and 8,280,334 (the "'334 Patent) is entered against Plaintiff American Radio LLC ("American Radio") and for Defendant Qualcomm Incorporated ("Qualcomm") on Plaintiff's claims for patent infringement;

That this Final Judgment of Non-Infringement of the '942 Patent, '233 Patent, and '519 Patent is entered against Plaintiff American Radio and for Defendant Cisco Systems, Inc. ("Cisco") on Plaintiff's claims for patent infringement;

That this Final Judgment of Non-Infringement of the '942 Patent, '233 Patent, '519 Patent, and '754 Patent is entered against Plaintiff American Radio and for Defendant Intel Corporation ("Intel") on Plaintiff's claims for patent infringement;

That this Final Judgment of Non-Infringement of the '942 Patent, '233 Patent, and '519 Patent is entered against Plaintiff American Radio and for Defendant Broadcom Corporation ("Broadcom") on Plaintiff's claims for patent infringement;

That all other claims, counterclaims, defenses, or other matters which have been asserted—and have not been previously dismissed—are dismissed without prejudice;

Plaintiff agrees to bear its own fees and costs, including attorneys' fees; and Defendants agree to bear their own fees and costs, including attorneys' fees.

DATED: _____         _____
The Honorable Mariana R. Pfaelzer
United States District Judge