| | |
|---|---|

Douglas R. Peterson (SBN 215949)
dpeterson@steptoe.com
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067-5052
Telephone: (310) 734-3200
Facsimile: (310) 734-3300

Thomas G. Pasternak (*admitted pro hac vice*)
tpasternak@steptoe.com
STEPTOE & JOHNSON LLP
115 South La Salle Street, Suite 3100
Chicago, IL 60603
Telephone: (312) 577-1300
Facsimile: (312) 577-1370

John Caracappa (*admitted pro hac vice*)
jcaracappa@steptoe.com
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902

Attorneys for Plaintiff, American Radio LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AMERICAN RADIO LLC,<br><br>Plaintiff,<br><br>vs.<br><br>INTEL CORPORATION,<br><br>Defendant. | Case No. CV12-5910 MRP (Ex)<br><br>**NOTICE OF APPEAL** |

American Radio LLC ("American Radio"), Plaintiff in the above-captioned action, hereby appeals to the United States Court of Appeals for the Federal Circuit from the Court's Judgment of August 29, 2013 (Doc. 85) and from all decisions, opinions, orders, and rulings subsumed therein and/or made prior to the entry of the August 29, 2013 Judgment in this action, including the Court's Order dated May 23, 2013 (Doc. 76).

Included herewith is payment of the filing fee ($5.00) and the docketing fee ($450.00) as required by 28 U.S.C. § 1917 and Federal Circuit Rule 52(a)(3)(A), respectively, and Federal Rule of Appellate Procedure 3(e).

Dated: September 6, 2013

STEPTOE & JOHNSON LLP

By:   /s/ Douglas R. Peterson
Douglas R. Peterson (SBN 215949)
dpeterson@steptoe.com
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA  90067-5052
Telephone:  (310) 734-3200
Facsimile:  (310) 734-3300

Thomas G. Pasternak (*admitted pro hac vice*)
tpasternak@steptoe.com
STEPTOE & JOHNSON LLP
115 South La Salle Street, Suite 3100
Chicago, IL  60603
Telephone:  (312) 577-1300
Facsimile:  (312) 577-1370

John Caracappa (*admitted pro hac vice*)
jcaracappa@steptoe.com
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
Telephone:  (202) 429-3000
Facsimile:  (202) 429-3902

Attorneys for American Radio LLC

# LIST OF PARTIES AND COUNSEL

| | |
|---|---|
| Douglas R. Peterson (SBN 215949) | David C. Marcus (SBN 158704) |
| dpeterson@steptoe.com | david.marcus@wilmerhale.com |
| STEPTOE & JOHNSON LLP | Andrea W. Jeffries (SBN 183408) |
| 2121 Avenue of the Stars, Suite 2800 | andrea.jeffries@wilmerhale.com |
| Los Angeles, CA 90067-5052 | David C. Yang (SBN 246132) |
| Telephone: (310) 734-3200 | david.yang@wilmerhale.com |
| Facsimile: (310) 734-3300 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| Thomas G. Pasternak (*Pro Hac Vice*) | 350 South Grand Avenue, Suite 2100 |
| tpasternak@steptoe.com | Los Angeles, CA 90071 |
| STEPTOE & JOHNSON LLP | Telephone: (213) 443-5300 |
| 115 South La Salle Street, Suite 3100 | Facsimile: (213) 443-5400 |
| Chicago, IL 60603 | |
| Telephone: (312) 577-1300 | Gregory P. Teran (*Pro Hac Vice*) |
| Facsimile: (312) 577-1370 | gregory.teran@wilmerhale.com |
| | Jordan L. Hirsch (*Pro Hac Vice*) |
| John Caracappa (*Pro Hac Vice*) | jordan.hirsch@wilmerhale.com |
| jcaracappa@steptoe.com | Kevin A. Goldman (SBN 249894) |
| STEPTOE & JOHNSON LLP | kevin.goldman@wilmerhale.com |
| 1330 Connecticut Avenue, NW | WILMER CUTLER PICKERING HALE AND DORR LLP |
| Washington, DC 20036 | 60 State Street |
| Telephone: (202) 429-3000 | Boston, MA 02109 |
| Facsimile: (202) 429-3902 | Telephone: (617) 526-6000 |
| | Facsimile: (617) 526-5000 |
| **Attorneys for Plaintiff, American Radio LLC** | |
| | **Attorneys for Defendant, Intel Corporation** |

CV 12-5910-MRP (Ex)