```
Court Name: U.S. District Court
Division: 2
Receipt Number: LA078445
Cashier ID: mgcash
Transaction Date: 09/09/2013
Payer Name: LA DEPOSITIONS INC
--------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: LA DEPOSITIONS INC
 Case/Party: D-CAC-2-12-CV-005909-001
 Amount:         $455.00
NOTICE OF APPEAL/DOCKETING FEE
 For: LA DEPOSITIONS INC
 Case/Party: D-CAC-2-12-CV-005908-001
 Amount:         $455.00

CHECK
 Check/Money Order Num: 0228
 Amt Tendered:   $910.00
--------------------------------
Total Due:       $910.00
Total Tendered:  $910.00
Change Amt:      $0.00


No refunds without original
receipt. Returned checks will be
assessed a fee of $53.00.
```